## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. RUKHSANAH L. SINGH |
| | : | |
| v. | : | 26-mj-14029 (RLS) |
| | : | |
| NAJEE BETHEA | : | **CRIMINAL COMPLAINT** |
| | : | |

I, Matthew L. LaVecchia, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ *Matthew L. LaVecchia*
Matthew L. LaVecchia
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Attested to by telephone pursuant
to Fed. R. Crim. P. 4.1(b)(2)(A) on
August _3_, 2026 in Trenton, New Jersey

**RECEIVED**

AUG - 3 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Hon. Rukhsanah L. Singh
United States Magistrate Judge

## ATTACHMENT A

### Count One
### (Distribution and Possession with Intent to Distribute Fentanyl)

On or about January 12, 2026, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

### NAJEE BETHEA,

did knowingly and intentionally distribute, and possess with intent to distribute, a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Count Two
### (Distribution and Possession with Intent to Distribute Fentanyl)

On or about January 22, 2026, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

### NAJEE BETHEA,

did knowingly and intentionally distribute, and possess with intent to distribute, a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Count Three
### (Distribution and Possession with Intent to Distribute Fentanyl)

On or about February 12, 2026, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

**NAJEE BETHEA,**

did knowingly and intentionally distribute, and possess with intent to distribute, a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Count Four
### (Distribution and Possession with Intent to Distribute Fentanyl)

On or about April 15, 2026, in Mercer County, in the District of New Jersey, and elsewhere, the defendant,

**NAJEE BETHEA**,

did knowingly and intentionally distribute, and possess with intent to distribute, a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## ATTACHMENT B

I, Matthew L. LaVecchia, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Because this Affidavit is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Federal law enforcement, including the ATF, has been investigating Najee Bethea ("Bethea") for the suspected commission of, *inter alia*, unlawful drug-trafficking in the Mercer County, New Jersey area. During the controlled purchases detailed below, law enforcement physically observed Bethea and identified him through law enforcement databases.

### January 12, 2026 Transaction

2. On or about January 12, 2026, law enforcement conducted an audio-recorded controlled purchase of suspected heroin/fentanyl from Bethea utilizing a confidential human source ("CHS"), who was working at the direction of law enforcement in Trenton, New Jersey.

3. Prior to CHS's meeting with Bethea, law enforcement searched CHS for contraband, currency, and weapons, which yielded negative results. Law enforcement provided CHS with a device with audio recording capabilities and funds to complete the narcotics purchase.

4. CHS placed a recorded Facetime call to Bethea during which Bethea agreed to sell CHS heroin/fentanyl later that day. Bethea met CHS at the location at which the deal was to occur, near the intersection of Brunswick Avenue and Myrtle Avenue in Trenton. Upon CHS's arrival at that location, Bethea entered CHS's vehicle, in which Bethea sold 14 bricks[1] of suspected heroin/fentanyl stamped "HULU" in blue ink[2] and nine bricks of suspected heroin/fentanyl stamped "WAWA" in red ink to CHS for approximately $1,960. Thereafter, CHS departed the area and provided law enforcement with the

---

[1] A "brick" is typically comprised of approximately 50 smaller, individually packaged glassine envelopes or baggies containing heroin and/or fentanyl, which are bundled together, wrapped, and taped to form a small package.

[2] A particular variety of heroin and/or fentanyl often is identified by dealers and purchasers by an ink "stamp" placed by traffickers on the narcotics' packaging.

- 1 -

suspected heroin/fentanyl.  The transaction in CHS's vehicle was captured on the provided audio recording device.

5.      Law enforcement field-tested the suspected narcotics sold by Bethea on or about January 12, 2026, which confirmed the presence of fentanyl.[3]

**January 22, 2026 Transaction**

6.      On or about January 22, 2026, law enforcement conducted another audio-recorded controlled purchase of suspected heroin/fentanyl from Bethea in Trenton.

7.      Prior to CHS's meeting with Bethea, law enforcement searched CHS for contraband, currency, and weapons, which yielded negative results. Law enforcement provided CHS with a device with audio recording capabilities and funds to complete the narcotics purchase.

8.      Before the transaction, Bethea agreed to sell 30 bricks of heroin/fentanyl to CHS near the intersection of Oak Lane and Parkside Avenue in Trenton.  After CHS arrived at the location, Bethea arrived and entered CHS's vehicle, in which Bethea sold 27 bricks of suspected heroin/fentanyl stamped "Coca-Cola" in red ink and three bricks of suspected heroin/fentanyl stamped "Booger Suger" in red ink to CHS for approximately $2,560. Thereafter, Bethea exited the vehicle, and CHS departed the area and provided law enforcement with the suspected heroin/fentanyl.  The transaction in CHS's vehicle was captured on the provided audio recording device.

9.      Law enforcement field-tested the suspected narcotics sold by Bethea on or about January 22, 2026, which confirmed the presence of fentanyl.[4]

**February 12, 2026 Transaction**

10.    On or about February 12, 2026, law enforcement conducted another audio-recorded controlled purchase of suspected heroin/fentanyl from Bethea in Trenton.

11.    Prior to CHS's meeting with Bethea, law enforcement searched CHS for contraband, currency, and weapons, which yielded negative results.

---

[3] Laboratory testing results from the Drug Enforcement Administration ("DEA") remain pending.

[4] Laboratory testing results from the DEA remain pending.

Law enforcement provided CHS with a device with audio recording capabilities and funds to complete the narcotics purchase.

12.    Before the transaction, Bethea agreed to sell 30 bricks of heroin/fentanyl to CHS near the area of Ryan Alley in Trenton.  Upon CHS's arrival at that location, Bethea entered CHS's vehicle, in which Bethea sold 25 bricks of suspected heroin/fentanyl stamped "Booger Suger" in red ink, 4 bricks of suspected heroin/fentanyl stamped "Pepsi" in blue ink, and 1 brick of suspected heroin/fentanyl stamped "Chase" in blue ink for approximately $2,560.  Thereafter, Bethea exited the vehicle, and CHS departed the area and provided law enforcement with the suspected heroin/fentanyl.  The transaction in CHS's vehicle was captured on the provided audio recording device.

13.    Law enforcement field-tested the suspected narcotics sold by Bethea on or about February 12, 2026, which confirmed the presence of fentanyl.[5]

**April 15, 2026 Transaction**

14.    On or about April 15, 2026, law enforcement conducted another audio-recorded controlled purchase of suspected heroin/fentanyl from Bethea in Trenton.

15.    Prior to CHS's meeting with Bethea, law enforcement searched CHS for contraband, currency, and weapons, which yielded negative results.  Law enforcement provided CHS with a device with audio recording capabilities and funds to complete the narcotics purchase.

16.    Before the transaction, Bethea agreed to sell 30 bricks of heroin/fentanyl to CHS near the area of Perry Street in Trenton.  After CHS arrived at the location, Beathea instructed CHS, via a Facetime call, to drive to a nearby location, to which CHS complied.  Upon CHS's arrival at the new location for the deal, Bethea entered CHS's vehicle, in which Bethea sold 25 bricks of suspected heroin/fentanyl stamped "Power" in red ink and 5 bricks of suspected heroin/fentanyl stamped "Dogmouth" in blue ink, for approximately $3,000.[6]  Thereafter, Bethea exited the vehicle, and CHS departed the area and provided law enforcement with the suspected heroin/fentanyl.  The transaction in CHS's vehicle was captured on the provided audio recording device.

---

[5] Laboratory testing results from the DEA remain pending.

[6] CHS provided Bethea with $3,000, although the agreed-upon price for 30 bricks of heroin/fentanyl, as reflected in prior transactions, was $2,560.  After the transaction, Bethea, via a Facetime call, agreed to credit CHS with the excess payment amount at a later date.

- 3 -

17.    Law enforcement field-tested the suspected narcotics sold by Bethea on or about April 15, 2026, which confirmed the presence of fentanyl.[7]

---

[7] Laboratory testing results from the DEA remain pending.